**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANNE MCELROY, </br></br> Plaintiff </br></br> v. </br></br> ZWICKER & ASSOCIATES, P.C., </br></br> Defendant | ) </br> ) </br> ) </br> ) </br> ) **Case No.: 1:13-cv-11440-MLW** </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: November 11, 2013    BY: */s/ Craig Thor Kimmel*
CRAIG THOR KIMMEL
BBO# 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 778-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 11th day of November, 2013:

Stephanie Nickse, Esquire
SB Nickse Law Offices, LLC
100 Mill Plain Road Third Floor
Danbury, CT 06811
snickse@sbnickselaw.com

*/s/ Craig Thor Kimmel*
CRAIG THOR KIMMEL
BBO# 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 778-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff